IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRICEPLAY.COM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 14-267-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| LINKEDIN CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of James C. Yoon of WILSON SONSINI GOODRICH & ROSATI, Professional Corporation, 650 Page Mill Road, Palo Alto, CA 94304 and Stefani E. Shanberg and Robin L. Brewer of WILSON SONSINI GOODRICH & ROSATI, One Market Plaza, Spear Tower, Suite 3300, San Francisco, CA 94105 for Defendant LinkedIn Corporation in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Eric W. Struble
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Erich W. Struble (#5349)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
estruble@potteranderson.com

Dated: June 13, 2014
1155892/ 41569

*Attorneys for Defendant LinkedIn Corporation*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____           _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 13, 2014          Signed: /s/ James C. Yoon
                             James C. Yoon
                             WILSON SONSINI GOODRICH & ROSATI
                             Professional Corporation
                             650 Page Mill Road
                             Palo Alto, CA 94304
                             Tel: (650) 493-9300
                             jyoon@wsgr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 13, 2014          Signed: /s/ Stefani E. Shanberg
                                     Stefani E. Shanberg
                                     WILSON SONSINI GOODRICH & ROSATI
                                     One Market Plaza
                                     Spear Tower
                                     Suite 3300
                                     San Francisco, CA 94105
                                     Tel: (415) 947-2000
                                     sshanberg@wsgr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 13, 2014          Signed: */s/ Robin L. Brewer*
                                     Robin L. Brewer
                                     WILSON SONSINI GOODRICH & ROSATI
                                     One Market Plaza
                                     Spear Tower
                                     Suite 3300
                                     San Francisco, CA 94105
                                     Tel: (415) 947-2000
                                     rbrewer@wsgr.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Erich W. Struble, hereby certify that on June 13, 2014, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on June 13, 2014, the attached document was electronically mailed to the following person(s)

| | |
|---|---|
| Richard D. Kirk | Scott M. Daniels |
| Stephen B. Brauerman | Darrin A. Auito |
| Vanessa R. Tiradentes | Westerman Hattori Daniels & Adrian |
| Sara E. Bussiere | 1250 Connecticut Avenue, NW |
| Bayard, P.A. | Suite 700 |
| 222 Delaware Ave., Suite 900 | Washington, D.C. 20036 |
| P. O. Box 25130 | sdaniels@whda.com |
| Wilmington, DE 19899 | dauito@whda.com |
| rkirk@bayardlaw.com | |
| sbrauerman@bayardlaw.com | |
| vtiradentes@bayardlaw.com | |
| sbussiere@bayardlaw.com | |

By: /s/ Erich W. Struble
Richard L. Horwitz
David E. Moore
Erich W. Struble
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
estruble@potteranderson.com

1152638 / 41569