IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRICEPLAY.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> LINKEDIN CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 14-267-RGA <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) |
| PRICEPLAY.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 14-386-RGA <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) |
| PRICEPLAY.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 14-512-RGA <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) |

**MOVING DEFENDANTS' MOTION TO TRANSFER VENUE
TO THE NORTHERN DISTRICT OF CALIFORNIA**

Defendants Google Inc. ("Google"), LinkedIn Corp. ("LinkedIn"), and Facebook, Inc. ("Facebook") (collectively, the "Moving Defendants") by and through their undersigned attorneys, respectfully move, pursuant to 28 U.S.C. § 1404(a), to transfer their respective cases to

the Northern District of California. The grounds for this motion are set forth in the Opening Brief in Support, which is being filed contemporaneously herewith.

The undersigned counsel certifies pursuant to Local Rule 7.1.1 that Moving Defendants conferred with Plaintiff regarding the relief requested in this motion and that the parties were unable to reach an agreement.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

James C. Yoon
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 493-9300

Stefani E. Shanberg
Jennifer J. Schmidt
Robin L. Brewer
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Tel: (415) 947-2000

By: /s/ Richard L. Horwitz
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Erich W. Struble (#5349)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    estruble@potteranderson.com

*Attorneys for Defendant LinkedIn Corporation and Google Inc.*

BLANK ROME LLP

By: /s/ Steven L. Caponi
    Steven L. Caponi, Esquire (# 3484)
    1201 North Market Street, Suite 800
    Wilmington, DE 10901
    (302) 425-6408
    caponi@blankrome.com

Dated: July 8, 2014
1158447 / 41433/ 41569

*Attorneys for Defendant, Facebook, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on July 8, 2014, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on July 8, 2014, the attached document was electronically mailed to the following person(s)

Richard D. Kirk
Stephen B. Brauerman
Vanessa R. Tiradentes
Sara E. Bussiere
Bayard, P.A.
222 Delaware Ave., Suite 900
P. O. Box 25130
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

Scott M. Daniels
Darrin A. Auito
Westerman Hattori Daniels & Adrian
1250 Connecticut Avenue, NW
Suite 700
Washington, D.C. 20036
sdaniels@whda.com
dauito@whda.com

By: /s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Erich W. Struble
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
estruble@potteranderson.com

1152638 / 41433/ 41569