IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRICEPLAY.COM, INC.,<br><br>   Plaintiff,<br><br>vs.<br><br>LINKEDIN CORP.,<br><br>   Defendant. | Case No. 1:14-cv-00276-RGA |
| PRICEPLAY.COM, INC.,<br><br>   Plaintiff,<br><br>vs.<br><br>GOOGLE INC.,<br><br>   Defendant. | Case No. 1:14-cv-00386-RGA |
| PRICEPLAY.COM, INC.<br><br>   Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.<br><br>   Defendant. | Case No. 1:14-cv-00512-RGA |

**DECLARATION OF ROBIN L. BREWER IN SUPPORT OF
MOVING DEFENDANTS' MOTION TO TRANSFER VENUE
<u>TO THE NORTHERN DISTRICT OF CALIFORNIA</u>**

I, Robin L. Brewer, hereby declare that:

1. I am over the age of eighteen and have personal knowledge about the facts described below. I am an associate at Wilson Sonsini Goodrich & Rosati, counsel for LinkedIn Corp. ("LinkedIn") and Google Inc. ("Google"). I submit this declaration in support of Moving Defendants' Motion to Transfer Venue to the Northern District of California.

2. Attached hereto as Exhibit A is a true and correct copy of Request for *Ex Parte* Reexamination, Control No. 90/009,444, filed April 1, 2009.

3. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 5,710,887.

4. Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 5,835,896.

5. Attached hereto as Exhibit D is a true and correct copy of U.S. Patent No. 5,855,008.

6. Attached hereto as Exhibit E is a true and correct copy of *Ex Parte* Reexamination Certificate, issued for U.S. Patent No. 6,978,253.

7. Attached hereto as Exhibit F is a true and correct copy of the company page for Overture Services, Inc. located at http://www.idealab.com/our_companies/show/all/overture.

8. Attached hereto as Exhibit G is a true and correct copy of the article "Overture Becomes a Wholly-Owned Subsidiary of Yahoo!" dated October 7, 2003, which is available at https://investor.yahoo.net/releasedetail.cfm?releaseid=119517.

9. Attached hereto as Exhibit H is a true and correct copy of the statistical report "United States District Courts – National Judicial Caseload Profile" which is available at http://www.uscourts.gov under the statistics section.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 8, 2014, at San Francisco, California.

                                                          /s/ *Robin L. Brewer*
                                                          Robin L. Brewer

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on July 8, 2014, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on July 8, 2014, the attached document was electronically mailed to the following person(s)

| | |
|---|---|
| Richard D. Kirk<br>Stephen B. Brauerman<br>Vanessa R. Tiradentes<br>Sara E. Bussiere<br>Bayard, P.A.<br>222 Delaware Ave., Suite 900<br>P. O. Box 25130<br>Wilmington, DE 19899<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br>sbussiere@bayardlaw.com | Scott M. Daniels<br>Darrin A. Auito<br>Westerman Hattori Daniels & Adrian<br>1250 Connecticut Avenue, NW<br>Suite 700<br>Washington, D.C. 20036<br>sdaniels@whda.com<br>dauito@whda.com |

By: /s/ Richard L. Horwitz
    Richard L. Horwitz
    David E. Moore
    Erich W. Struble
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    estruble@potteranderson.com

1152638 / 41433/ 41569