# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRICEPLAY.COM, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 14-267-RGA |
| | ) **JURY TRIAL DEMANDED** |
| LINKEDIN CORPORATION, | ) |
| Defendant. | ) |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Priceplay.com, Inc. and LinkedIn Corporation ("Defendant"), subject to the approval of the Court, that Defendant's time to answer, move, or otherwise respond to the Amended Complaint in this action shall be extended to July 29, 2014.

|  |  |
|---|---|
|  | Respectfully submitted, |
| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
| By: _/s/ Stephen B. Brauerman_ | By: _/s/ David E. Moore_ |
| Richard D. Kirk (#922) | Richard L. Horwitz (#2246) |
| Stephen B. Brauerman (#4952) | David E. Moore (#3983) |
| Vanessa R. Tiradentes (#5398) | Erich W. Struble (#5349) |
| Sara E. Bussiere (#5725) | Hercules Plaza, 6th Floor |
| 222 Delaware Ave., Suite 900 | 1313 N. Market Street |
| P. O. Box 25130 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | Tel: (302) 984-6000 |
| Tel: (302) 655-5000 | rhorwitz@potteranderson.com |
| rkirk@bayardlaw.com | dmoore@potteranderson.com |
| sbrauerman@bayardlaw.com | estruble@potteranderson.com |
| vtiradentes@bayardlaw.com | |
| sbussiere@bayardlaw.com | *Attorneys for Defendant LinkedIn Corporation* |

*Attorneys for Plaintiff Priceplay.com, Inc.*

IT IS SO ORDERED this _____ day of _____, 2014.

_____
U.S.D.J.

1158927 / 41569